NUMBER 13-07-00518-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HMC HOSPITALITY OPERATING

COMPANY AND GRAYBAR 

ELECTRIC COMPANY, INC., Appellants,


v.



ALVARO GONZALEZ, ET AL., Appellees. 

_____________________________________________________________

 

On appeal from the 93rd District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides

Memorandum Opinion by Justice Garza


 On February 26, 2008, appellant, HMC Hospitality Operating Company ("HMC"),
filed an unopposed motion to dismiss its underlying accelerated interlocutory appeal filed
against appellees, Alvaro Gonzalez, The Gonzalez-DLS Family Limited Partnership,
Brownsville SB, L.P., and Ascension Hospitality Management, L.L.C. In this motion, HMC
asserts that the parties mediated their claims and came to an agreement on October 22,
2007. The terms of the agreement provided that HMC would seek to dismiss this appeal
and each party would be responsible for its own costs. In addition, appellant Graybar
Electric Company, Inc. filed an emergency expedited motion for severance. 

 The Court, having examined and fully considered appellant HMC's unopposed
motion to dismiss appeal and appellant Graybar's expedited motion for severance, is of the
opinion that the motions should be granted. 

 Accordingly, HMC HOSPITALITY OPERATING COMPANY's motion to dismiss is
GRANTED, and the appeal in cause number 13-07-00518-CV is hereby DISMISSED. See
Tex. R. App. P. 42(a). 

 The remaining issues in the appeal will remain docketed under cause number 13-08-00294-CV, styled GRAYBAR ELECTRIC COMPANY, INC. v. ALVARO GONZALEZ,
ET AL. 


 

 DORI CONTRERAS GARZA,

 Justice


Memorandum Opinion delivered and 

filed this the 13th day of May, 2008.